

THIS ORDER IS APPROVED.

Dated: October 25, 2013

*Brenda Moody Whinery*
**Brenda Moody Whinery, Bankruptcy Judge**
_____

UST-27C, 8-95

Stanley J. Kartchner
7090 N. Oracle Rd. #178-204
Tucson, AZ  85704
(520) 742-1210

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MARTINEZ, MANUELA | ) | CASE NO. 12-17000-BMW |
| | ) | |
| | ) | ORDER APPROVING PAYMENT |
| Debtor(s) | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |

Stanley J. Kartchner, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| PAYEE AND EXPLANATION | | TOTAL |
|---|---|---|
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| TRUSTEE, Stanley J. Kartchner | | |
|     Fees Allowed | $991.38 | |
|     Expenses Allowed | $45.55 | $1,036.93 |
| UNITED STATES TRUSTEE'S OFFICE | | $0.00 |
| OTHER: Bank Service Fees | | $32.41 |

DATED AND SIGNED ABOVE